IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

BRODERICK E. JACKSON, JR.                                        PLAINTIFF

v.                         Case No. 13-6098

DREAM REDIC YOUNG, *et al.*                                     DEFENDANTS

**ORDER**

Now on this 8th day of July 2014, there comes on for consideration the report and recommendation filed herein on June 13, 2014, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (Doc. 24). The parties did not file any written objections to the report and recommendation.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Separate Defendant Dream Redic Young's Motion to Dismiss (doc. 14) is GRANTED, and she is DISMISSED as a Defendant in this matter.

IT IS SO ORDERED.

/s/ Robert T. Dawson
Honorable Robert T. Dawson
United States District Judge