IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

BRODERICK E. JACKSON, JR.                                                    PLAINTIFF

      v.                              Civil No. 6: 13-cv-6098

MS. J. HOSMAN, Classification Officer (ORCU);
MS. BROTHERTON, Executive Classification
Officer, ORCU; and CHARLES DILLON
LEDBETTER, Field Officer, OCRU                                               DEFENDANTS

## REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

      This is a civil rights case filed by the Plaintiff pursuant to 42 U.S.C. § 1983. Plaintiff proceeds *pro se* and *in forma pauperis*. Pursuant to the provisions of 28 U.S.C. § 636(b)(1) and (3)(2015), the Honorable Robert T. Dawson, United States District Judge, referred this case to the undersigned for the purpose of making a report and recommendation.

      This case had been scheduled for an evidentiary hearing on October 15, 2015. On September 10, 2015, the Defendants filed a Motion to Continue (ECF No. 31). The Motion was granted (ECF No. 32) and Plaintiff was directed to respond in writing by September 30, 2015, to the pending Summary Judgment Motion (ECF No. 28) .

      To date, the Plaintiff has not filed a response to the Summary Judgment Motion (ECF No. 28). He has not requested an extension of time to do so. The Order (ECF No. 32) has not been returned as undeliverable.

      I therefore recommend that this case be dismissed with prejudice based on the Plaintiff's failure to prosecute this action and his failure to obey an order of the Court.

      **The parties have fourteen (14) days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The parties are reminded that objections must be both timely and specific to trigger de novo review by the district court.**

      DATED this 21st day of October 2015.

                                                                      /s/ Barry A. Bryant
                                                                      HON. BARRY A. BRYANT
                                                                      UNITED STATES MAGISTRATE JUDGE